

**citi**

3800 Citigroup Center Drive
Tampa, FL 33610

```
                                    For Assistance Please Call
                                    ConnectOne At 800-881-3938
                                    PAY PERIOD:        01/06/19-01/19/19
                                    TIMESHEET REPORTING PERIOD:
                                                       12/30/18-01/12/19
                                    DEPOSIT DATE:      01/18/19

                                    GEID:
                                    SAL/RATE:          $43.203
                                    TOTAL HRS WKD:     80.00

                                    W-4 TAX INFORMATION
                                    -----------------------------
                                         MAR ST / ALLOW  EXTRA AMT
                                    FED  Married    0          0
                                    NY   Married    0          0
```

HAITHAM KHALED
1498 MEADOWBROOK RD
MERRICK, NY 11566-1957

```
                                    YOUR EMPLOYER:
                                    Citibank NA
                                    701 East 60th Street N
                                    Sioux Falls, SD 57104-0432
```

| PAYMENTS | | Current | | | YTD | | AFTER-TAX ALLOCATIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| | Prior Period | Rate | Hours | Earnings | Hours | Earnings | | Current | YTD |
| REGULAR | | 43.203 | 80.00 | 3,456.28 | 72.00 | 3,110.65 | LOAN 01 | 43.95 | 87.90 |
| REGULAR | 12/23/18-01/05/19 | 43.203 | -8.00 | -345.63 | | 0.00 | LOAN 02 | 47.93 | 95.86 |
| HOLIDAY | 12/30/18-01/05/19 | 43.203 | 8.00 | 345.63 | 8.00 | 345.63 | CSHACM | 92.31 | 184.61 |
| PERSONAL | 12/23/18-12/29/18 | 43.203 | 3.00 | 129.61 | 3.00 | 129.61 | FLEX-UL | 26.83 | 53.66 |
| Planned | 12/23/18-12/29/18 | 43.203 | -3.00 | -129.61 | 61.00 | 2,635.41 | LTD-ATX | 21.40 | 42.80 |
| | | | | | | | TRIPTRANAT | 16.00 | 32.00 |
| | | | | | | | SUPP ADD | 5.16 | 10.30 |
| TOTAL | | | 80.00 | 3,456.28 | 144.00 | 6,221.30 | TOTAL | 253.58 | 507.13 |

| TAXES | Current | YTD | NON CASH PAYMENTS | Current | YTD | PRE-TAX ALLOCATIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Fed W/H | 0.00 | 0.00 | BASIC LIFE | 2.77 | 5.54 | 401(K) | 241.94 | 435.49 |
| Medicare | 47.43 | 84.84 | | | | DENTAL | 55.50 | 111.00 |
| Soc Sec | 202.80 | 362.75 | | | | TRIPTRANS | 132.50 | 265.00 |
| FLI EE | 5.08 | 9.11 | | | | | | |
| NY W/H | 157.91 | 275.90 | | | | | | |
| TOTAL | 413.22 | 732.60 | TOTAL | 2.77 | 5.54 | TOTAL | 429.94 | 811.49 |

| W2 WAGE | Federal | Medicare | Soc Sec | NY | | NET PAY | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| CURRENT: | 3,029.11 | 3,271.05 | 3,271.05 | 3,029.11 | | | | |
| YEAR TO DATE: | 5,415.35 | 5,850.84 | 5,850.84 | 5,415.35 | | | 2,359.54 | 4,170.08 |

**NON - NEGOTIABLE**
**ADVICE OF DEPOSIT**

ACCOUNT NUMBER   *****8319        $2,359.54



citi
3800 Citigroup Center Drive
Tampa, FL 33610

```
                                        For Assistance Please Call
                                        ConnectOne At 800-881-3938

                                        PAY PERIOD:        12/23/18-01/05/19
                                        TIMESHEET REPORTING PERIOD:
                                                           12/16/18-12/29/18
                                        DEPOSIT DATE:      01/04/19


                                        GEID:
                                        SAL/RATE:          $43.203
                                        TOTAL HRS WKD:     64.00


                                        W-4 TAX INFORMATION
                                        --------------------------------
                                               MAR ST / ALLOW   EXTRA AMT
                                        FED    Married     0           0
                                        NY     Married     0           0
```

HAITHAM KHALED
1498 MEADOWBROOK RD
MERRICK, NY 11566-1957

```
                                        YOUR EMPLOYER:
                                        Citibank NA
                                        701 East 60th Street N
                                        Sioux Falls, SD 57104-0432
```

| PAYMENTS | | | Current | | | YTD | | AFTER-TAX ALLOCATIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Prior Period | Rate | Hours | Earnings | Hours | Earnings | | | Current | YTD |
| REGULAR | | 43.203 | 80.00 | 3,456.28 | | 0.00 | LOAN 01 | | 43.95 | 43.95 |
| REGULAR | 12/23/18-12/29/18 | 43.203 | -16.00 | -691.26 | | 0.00 | LOAN 02 | | 47.93 | 47.93 |
| REGULAR | 12/16/18-12/29/18 | 43.203 | -64.00 | -2,765.02 | | 0.00 | CSHACM | | 92.30 | 92.30 |
| Planned | 12/16/18-12/29/18 | 43.203 | 64.00 | 2,765.02 | 64.00 | 2,765.02 | FLEX-UL | | 26.83 | 26.83 |
| | | | | | | | LTD-ATX | | 21.40 | 21.40 |
| | | | | | | | TRIPTRANAT | | 16.00 | 16.00 |
| | | | | | | | SUPP ADD | | 5.14 | 5.14 |
| TOTAL | | | 64.00 | 2,765.02 | 64.00 | 2,765.02 | TOTAL | | 253.55 | 253.55 |

| TAXES | Current | YTD | NON CASH PAYMENTS | Current | YTD | PRE-TAX ALLOCATIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Fed W/H | 0.00 | 0.00 | BASIC LIFE | 2.77 | 2.77 | 401(K) | 193.55 | 193.55 |
| Medicare | 37.41 | 37.41 | | | | DENTAL | 55.50 | 55.50 |
| Soc Sec | 159.95 | 159.95 | | | | TRIPTRANS | 132.50 | 132.50 |
| FLI EE | 4.03 | 4.03 | | | | | | |
| NY W/H | 117.99 | 117.99 | | | | | | |
| TOTAL | 319.38 | 319.38 | TOTAL | 2.77 | 2.77 | TOTAL | 381.55 | 381.55 |

| W2 WAGE | Federal | Medicare | Soc Sec | NY | | NET PAY | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| CURRENT: | 2,386.24 | 2,579.79 | 2,579.79 | 2,386.24 | | | | |
| YEAR TO DATE: | 2,386.24 | 2,579.79 | 2,579.79 | 2,386.24 | | | 1,810.54 | 1,810.54 |

**NON - NEGOTIABLE**
**ADVICE OF DEPOSIT**

ACCOUNT NUMBER    *****8319        $1,810.54



3800 Citigroup Center Drive  
Tampa, FL 33610

```
                                    For Assistance Please Call
                                    ConnectOne At 800-881-3938

                                    PAY PERIOD:         12/09/18-12/22/18
                                    TIMESHEET REPORTING PERIOD:
                                                        12/02/18-12/15/18
                                    DEPOSIT DATE:       12/21/18

                                    GEID:               ████████
                                    SAL/RATE:           $43.20
                                    TOTAL HRS WKD:      80.00

                                    W-4 TAX INFORMATION
                                    -------------------------------------
                                           MAR ST / ALLOW   EXTRA AMT
                                    FED    Married      0            0
                                    NY     Married      0            0
```

HAITHAM KHALED  
1498 MEADOWBROOK RD  
MERRICK, NY 115661957

```
                                    YOUR EMPLOYER:
                                    Citibank NA
                                    701 East 60th Street N
                                    Sioux Falls, SD 57104-0432
```

| PAYMENTS | Rate | Hours | Current Earnings | Hours | YTD Earnings | AFTER-TAX ALLOCATIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| REGULAR | 43.203 | 80.00 | 3,456.28 | 1836.00 | 79,283.13 | LOAN 01 | 43.95 | 1,142.70 |
| No-Tax T+E | | | 92.58 | | 1,629.39 | LOAN 02 | 47.93 | 671.02 |
| HOLIDAY | | | | 88.00 | 3,794.23 | CSHACM | 92.31 | 1,476.87 |
| OT STR RT | | | | 0.00 | | FLEX-UL | 25.78 | 670.28 |
| RETROREG | | | | | 57.69 | LTD-ATX | 22.34 | 580.84 |
| Unplanned | | | | 32.00 | 1,382.52 | TRIPTRANAT | 18.50 | 443.98 |
| SALES BB | | | | | 22,494.00 | SUPP ADD | 5.16 | 134.16 |
| Planned | | | | 124.00 | 5,326.48 | Writ | 0.00 | 341.78 |
| TOTAL | | 80.00 | 3,548.86 | 2080.00 | 113,967.44 | TOTAL | 255.97 | 5,461.63 |

| TAXES | Current | YTD | NON CASH PAYMENTS | Current | YTD | PRE-TAX ALLOCATIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Fed W/H | 0.00 | 5,959.68 | BASIC LIFE | 2.66 | 69.16 | 401(K) | 241.94 | 7,599.08 |
| Medicare | 47.48 | 1,564.00 | | | | DENTAL | 54.82 | 1,425.32 |
| Soc Sec | 203.00 | 6,687.44 | | | | TRIPTRANS | 130.00 | 3,120.02 |
| FLI EE | 0.00 | 85.56 | | | | | | |
| NY W/H | 160.39 | 6,211.64 | | | | | | |
| TOTAL | 410.87 | 20,508.32 | TOTAL | 2.66 | 69.16 | TOTAL | 426.76 | 12,144.42 |

| W2 WAGE | Federal | Medicare | Soc Sec | NY | NET PAY | Current | YTD |
|---|---|---|---|---|---|---|---|
| CURRENT: | 3,032.18 | 3,274.12 | 3,274.12 | 3,032.18 | | | |
| YEAR TO DATE: | 100,262.79 | 107,861.87 | 107,861.87 | 100,262.79 | | 2,455.26 | 75,853.07 |

**NON - NEGOTIABLE**  
**ADVICE OF DEPOSIT**

ACCOUNT NUMBER    *****8319        $2,455.26



3800 Citigroup Center Drive
Tampa, FL 33610

```
                                        For Assistance Please Call
                                        ConnectOne At 800-881-3938

                                        PAY PERIOD:        11/25/18-12/08/18
                                        TIMESHEET REPORTING PERIOD:
                                                           11/18/18-12/01/18
                                        DEPOSIT DATE:      12/07/18


                                        GEID:
                                        SAL/RATE:          $43.20
                                        TOTAL HRS WKD:     80.00


                                        W-4 TAX INFORMATION
                                        -----------------------------------
                                             MAR ST / ALLOW    EXTRA AMT
                                        FED  Married     0            0
                                        NY   Married     0            0


                                        YOUR EMPLOYER:
                                        Citibank NA
                                        701 East 60th Street N
                                        Sioux Falls, SD 57104-0432
```

HAITHAM KHALED
1498 MEADOWBROOK RD
MERRICK, NY 115661957

| PAYMENTS | | | | Current | | YTD | | AFTER-TAX ALLOCATIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Prior Period | Rate | Hours | Earnings | Hours | Earnings | | | Current | YTD |
| REGULAR | | 43.203 | 80.00 | 3,456.28 | 1756.00 | 75,826.85 | LOAN 01 | | 43.95 | 1,098.75 |
| REGULAR | 11/18/18-11/24/18 | 43.203 | -16.00 | -691.26 | | 0.00 | LOAN 02 | | 47.93 | 623.09 |
| HOLIDAY | 11/18/18-11/24/18 | 43.203 | 8.00 | 345.63 | 88.00 | 3,794.23 | CSHACM | | 92.31 | 1,384.56 |
| Unplanned | 11/18/18-11/24/18 | 43.203 | 8.00 | 345.63 | 32.00 | 1,382.52 | FLEX-UL | | 25.78 | 644.50 |
| OT STR RT | | | | | | 0.00 | LTD-ATX | | 22.34 | 558.50 |
| RETROREG | | | | | | 57.69 | TRIPTRANAT | | 18.50 | 425.48 |
| SALES BB | | | | | | 22,494.00 | SUPP ADD | | 5.16 | 129.00 |
| No-Tax T+E | | | | | | 1,536.81 | Writ | | 0.00 | 341.78 |
| Planned | | | | | 124.00 | 5,326.48 | | | | |
| TOTAL | | | | 80.00 | 3,456.28 | 2000.00 | 110,418.58 | TOTAL | 255.97 | 5,205.66 |

| TAXES | Current | YTD | NON CASH PAYMENTS | Current | YTD | PRE-TAX ALLOCATIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Fed W/H | 0.00 | 5,959.68 | BASIC LIFE | 2.66 | 66.50 | 401(K) | 241.94 | 7,357.14 |
| Medicare | 47.47 | 1,516.52 | | | | DENTAL | 54.82 | 1,370.50 |
| Soc Sec | 202.99 | 6,484.44 | | | | TRIPTRANS | 130.00 | 2,990.02 |
| FLI EE | 0.00 | 85.56 | | | | | | |
| NY W/H | 160.39 | 6,051.25 | | | | | | |
| TOTAL | 410.85 | 20,097.45 | TOTAL | 2.66 | 66.50 | TOTAL | 426.76 | 11,717.66 |

| W2 WAGE | Federal | Medicare | Soc Sec | NY | NET PAY | Current | YTD |
|---|---|---|---|---|---|---|---|
| CURRENT: | 3,032.18 | 3,274.12 | 3,274.12 | 3,032.18 | | | |
| YEAR TO DATE: | 97,230.61 | 104,587.75 | 104,587.75 | 97,230.61 | | 2,362.70 | 73,397.81 |

**NON - NEGOTIABLE**
**ADVICE OF DEPOSIT**

ACCOUNT NUMBER    *****8319        $2,362.70